# No. 25-14171

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

PRESTON DAMSKY,

*Plaintiff-Appellee,*

v.

CHRIS SUMMERLIN, IN HIS OFFICIAL CAPACITY AS DEAN OF
STUDENTS OF THE UNIVERSITY OF FLORIDA

*Defendant-Appellant.*

Appeal from the United States District Court
for the Northern District of Florida, Gainesville Division

No. 1:25-cv-00275-AW-MAF

MOTION OF THE LOUIS D. BRANDEIS CENTER FOR
HUMAN RIGHTS UNDER LAW FOR LEAVE TO FILE AN
*AMICUS* BRIEF IN SUPPORT OF APPELLANT

**The Louis D. Brandeis Center
for Human Rights Under Law**

L. Rachel Lerman
Richard A. Rosen
Mollie Galchus
1675 Broadway, 13th Floor
New York, NY 10019
(212) 653-0630
*Attorneys for Amicus Curiae*

i

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-1 through 26.1-3, *Amicus Curiae* The Louis D. Brandeis Center for Human Rights Under Law certifies by undersigned counsel the following may have an interest in the outcome of this case:

a. Galchus, Mollie

b. Lerman, L. Rachel

c. Rosen, Richard

d. The Louis D. Brandeis Center Coalition to Combat Anti-Semitism Inc.

e. The Louis D. Brandeis Center for Human Rights Under Law

Date:  February 9, 2026          The Louis D. Brandeis Center
                                   for Human Rights Under Law

                                 */s/ L. Rachel Lerman*
                                 L. Rachel Lerman
                                 Counsel for *Amicus Curiae*

ii

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, *Amicus Curiae* The Louis D. Brandeis Center for Human Rights Under Law certifies that it is a non-partisan, non-profit 501(c)(3) corporation, has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Date:  February 9, 2026                             The Louis D. Brandeis Center
                                                                                         for Human Rights Under Law

                                                                                         */s/ L. Rachel Lerman*
                                                                                         L. Rachel Lerman
                                                                                         Counsel for *Amicus Curiae*

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The Louis D. Brandeis Center for Human Rights Under Law (the Brandeis Center) respectfully moves to file the attached *amicus curiae* brief in support of Appellant Chris Summerlin, pursuant to Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29-1.

On December 30, 2025, counsel for the Brandeis Center asked Appellee's consent, via e-mail, if they would consent to our filing an *amicus* brief in support of Appellant. The Brandeis Center's counsel explained that the proposed brief would address (i) Appellee's "pattern of conduct and rhetoric and its effect on Jewish students and faculty at the University of Florida"; and (ii) "a school's responsibility to keep its community safe when it is on notice of disruption and/or a potential threat." On December 31, 2025, Appellee's counsel sent an email opposing the request, stating that "the areas you outline are separate from and not relevant to the two main legal issues before court." The Brandeis Center submits that these points are key to the legal issues, namely, whether Mr. Damsky's statement was a true threat or created a substantial disruption in the context in which it was delivered and received, and whether the school's decision to expel Mr. Damsky should be accorded significant deference given the careful attention to process and to the context for its decision, including Mr. Damsky's pattern of disruptive conduct and escalating rhetoric during his two years at the University of Florida Law School. Appellee's

5

counsel having opposed our request to file an *amicus* brief in this case, the Brandeis Center states as follows, in support of this Motion:

The Brandeis Center is a nonprofit, non-partisan organization established to advance the civil and human rights of the Jewish people and promote justice for all. The Brandeis Center's mission includes ensuring that Jewish students and faculty on a college campus are not threatened on the basis of their Jewish identity or prevented from participating in education and employment opportunities afforded students and faculty at the college. To this end, the Brandeis Center engages in research, education, and legal advocacy to combat anti-Semitism on college and university campuses as well as in K-12 schools, the workplace, and other contexts. *See* www.brandeiscenter.com.

The Brandeis Center's *amicus* brief is filed on behalf of The Louis D Brandeis Center Coalition to Combat Anti-Semitism Inc. (the Coalition), a national membership organization whose members support the Brandeis Center's mission. The Coalition's members consist of individuals who have personally been aggrieved by, or have by association been impacted by, anti-Semitism and discrimination.

In response to Mr. Damsky's statements, including one asserting that "Jews must be abolished by any means necessary," and the district court's preliminary injunction order allowing him to return to campus now stayed by this Court, 140 members of the

6

University of Florida (UF) community have joined the Coalition to ensure their voices are heard by this Court.

The Brandeis Center has a specific interest in ensuring that Jewish students and faculty are not harassed or threatened on the basis of their Jewish identity or prevented from taking advantage of all education and employment opportunities afforded students and faculty generally. As detailed more fully in its proffered brief, the Brandeis Center seeks to ensure that this Court is fully aware of the substantial fear and disruption that Mr. Damsky's continuing presence on campus will generate if the district court's preliminary injunction is not reversed.

The proposed amicus brief draws on the Brandeis Center's experience with and expertise in anti-Semitism, particularly in higher education, to explain how Damsky's post stating that "[a]ll Jews must be abolished by any means necessary" constituted a true threat and was therefore outside First Amendment protection.

The proffered brief discusses (i) the effect of Damsky's speech on the University of Florida Law School's Jewish community; (ii) the backdrop of pervasive campus violence and anti-Semitic attacks against which the reasonableness of the University's response to Damsky's violent statements must be assessed; (iii) Damsky's escalating threatening speech targeting Jews, both before and after his statement that "Jews must be abolished by any means

7

necessary"; and (iv) the requisite deference given to schools to determine how to ensure school safety and access to their educational and employment opportunities.

To the Brandeis Center's knowledge, no other amici are filing briefs that may raise similar points. The Brandeis Center has sought to avoid repeating arguments or factual statements in Appellant Summerlin's Opening Brief.

For the foregoing reasons, the Brandeis Center respectfully requests leave to file the attached *amicus* brief.

Date: February 9, 2026

**The Louis D. Brandeis Center
for Human Rights Under Law**

*/s/ L. Rachel Lerman*
L. Rachel Lerman
Richard A. Rosen
Mollie Galchus
1675 Broadway, 13th Floor
New York, NY 10019
(212) 653-0630
rlerman@brandeiscenter.com
rrosen@brandeiscenter.com
mgalchus@brandeiscenter.com

*Attorneys for Amicus Curiae
The Louis D. Brandeis Center
for Human Rights Under Law*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 753 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), and 11th Cir. R. 27-1(a)(10), because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

| | |
|---|---|
| Date:  February 9, 2026 | The Louis D. Brandeis Center       for Human Rights Under Law |
| | */s/ L. Rachel Lerman*  L. Rachel Lerman  Counsel for *Amicus Curiae* |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, I hereby certify that on January 19, 2026, I electronically filed the foregoing Motion For Leave To File An *Amicus Curiae* Brief, with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system, which will send a notice of electronic filing to all parties in the case via all ECF-registered counsel.

| | |
|---|---|
| Date:  February 9, 2026 | The Louis D. Brandeis Center for Human Rights Under Law |
| | */s/ Gail Tynkov* <br> Gail Tynkov |