IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

PRESTON DAMSKY,
Plaintiff-Appellee,
v. No. 25-14171-HH

CHRIS SUMMERLIN, in his official capacity as Dean of Students of the University of Florida,
Defendant-Appellant.
_______________________________________/

**APPELLEE'S NOTICE REGARDING SUPPLEMENTAL APPENDIX**

Plaintiff-Appellee Preston Damsky, by and through undersigned counsel, hereby notifies the Court that he does not intend to file a Supplemental Appendix in this appeal and will not seek leave to file the previously submitted Supplemental Appendix out of time.

Accordingly, Appellee respectfully advises the Court that no further action is requested with respect to the paper copies of the Supplemental Appendix previously received by the Clerk.

Dated: August 17, 2026

Respectfully submitted,

**SABATINI LAW FIRM, P.A.**

By: */s/ Anthony F. Sabatini*
**Anthony F. Sabatini**
Florida Bar No. 1018163
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
anthony@sabatinilegal.com
Counsel for Plaintiff-Appellee Preston Damsky

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date of electronic filing, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

***H. Christopher Bartolomucci, Esq.***
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
cbartolomucci@schaerr-jaffe.com
Counsel for Defendant-Appellant Chris Summerlin

*/s/ Anthony F. Sabatini*
**Anthony F. Sabatini**